# United States District Court
## Southern District of Georgia

RAYFIELD L. BARNEMAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:17-cv-51

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1423; SSA COOPER, LLC; MARINE TERMINAL CORPORATION-EAST; ATLANTIC RO-RO STEVEDORING, LLC; APS STEVEDORING LLC; and GEORGIA STEVEDORING ASSOCIATON,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 12, 2020, granting Defendants' Motions for summary judgment, judgment is hereby entered in favor of Defendants International Longshoremen's Association, Local 1423, Atlantic Ro-Ro Stevedoring, Inc., APS Stevedoring, LLC, Marine Terminals Corporation-East, and the Georgia Stevedoring, Inc. and against Plaintiff Rayfield L. Barneman. This case is closed.

Approved by: _____



February 18, 2020

*Date*

Scott L. Poff

*Clerk*

_____

*(By) Deputy Clerk*